Irvin H. Weiss and Marian F. Weiss, for Use of Federal Life Insurance Company, Appellees, v. Standard Insurance Company of New York, Appellant.

Gen. No. 47,161.

First District, Third Division.
November 27, 1957.
Released for publication January 2, 1958.

Abner Goldenson (Leonard J. Braver and E. S. Goldenson, of counsel) for defendant-appellant; Adolph L. Haas (Irvin H. Weiss, Benjamin Nelson, and Earl Freeman, of counsel) for appellees. Opinion by JUSTICE FRIEND. Not to be published in full.